**McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**
1300 Mt. Kemble Avenue
P.O. Box 2075
Morristown, New Jersey 07962-2075
(973) 993-8100
Attorneys for Plaintiff,
The Hanover Insurance Company



UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE HANOVER INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>LUCILLE FARMS, INC., LUCILLE FARMS OF VERMONT, INC., and LUCILLE FARMS PRODUCTS OF HEUVELTON, INC.<br><br>Defendants. | CIVIL ACTION NO.: 2:06-CV-4337(SDW)<br><br><br><br>**FINAL JUDGMENT AGAINST LUCILLE FARMS, INC., LUCILLE FARMS OF VERMONT, INC., AND LUCILLE FARMS PRODUCTS OF HEUVELTON, INC.** |

This action having been commenced by the filing of a Summons and Complaint by plaintiff, The Hanover Insurance Company ("Hanover"), on September 14, 2006, and copy of the Summons and Complaint having been served on:

(1) defendant Lucille Farms of Heuvelton, Inc., on or about November 10, 2006, by personal service on the its registered agent for service, Alfonso Falivene at 9 Wood Glen Way, Boonton, New Jersey 07005;

(2) defendant Lucille Farms of Vermont, Inc., on or about June 13, 2007, by personal service on the Vermont

1

Secretary of State, Corporations Division, 81 River Street, Montpelier, Vermont, as process agent for Lucille Farms of Vermont, Inc.;

(3) defendant Lucille Farms, Inc., on or about June 15, 2007, by personal service on the Delaware Secretary of State, Division of Corporations, 401 Federal Street, Suite 4, Dover, Delaware 19901, as process agent for Lucille Farms, Inc.,

and said Defendants having failed to plead or otherwise defend in this action, and default having been entered against defendant Lucille Farms Products of Heuvelton, Inc., on June 12, 2007, and against Defendants Lucille Farms, Inc., and Lucille Farms of Vermont, Inc., on August 13, 2007, and upon the annexed Affidavits of Scott M. Palatucci, Esq., and John A. McDevitt,

**NOW,** on request of McElroy, Deutsch, Mulvaney & Carpenter, LLP, counsel for plaintiff, Hanover, it is hereby:

**ORDERED,** that Hanover have judgment against defendants Lucille Farms Products of Heuvelton, Inc., Lucille Farms of Vermont, Inc., and Lucille Farms, Inc., jointly and severally, in the amount of **$339,363.77** (representing $330,614.47 in claims paid by Hanover, and $8,749.30 in attorneys fees and expenses).

By: _____

Dated: November 2, 2007